**Order entered November 15, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00207-CV

### JACQUELINE LOVELACE, Appellant

### V.

### DALLAS INDEPENDENT SCHOOL DISTRICT, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-05007**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 5, 2018. The appeal will be resubmitted in the first quarter of 2019.


/s/     MOLLY FRANCIS
           PRESIDING JUSTICE